**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

URIEL PEREZ LOPEZ,

Petitioner,

v.

FERETI SEMAIA, WARDEN/FACILITY ADMINISTRATOR OF ADELANTO ICE PROCESSING CENTER ET AL.,

Respondents.

Case No. 5:26-cv-06976-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Uriel Perez Lopez (A# 213-362-516) ("Petitioner") from custody (subject only to conditions that were in place prior to his October 12, 2026 arrest, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show

by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 25, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE